UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In Re:                                             )
                                                   )
Scott and Gayle Weeks          ) Chapter 13 Case No.  03-61556
                                                   )
            Debtors                        )

**NOTICE OF MOTION FOR DEPOSIT OF FUNDS
INTO U. S. TREASURY FUND 6047BK**

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $534.30 into U. S. Treasury Fund 6047BK for the following reasons:

1. That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2. That the debtors' case was dismissed in May 2010 and a refund check was sent to the Debtors in the amount of $534.30 in May 2010.which was received by the debtors after the case was closed.

3. To date said check remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $534.30 into U.S. Treasury Fund 6047BK on behalf of Debtors, Scott amd Gayle Weeks whose last known address was 13108 Hobart Ct., Cedar Lake, IN 46303.

/s/   Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion was sent electronically on November 17, 2010 to the attorney for the debtor and the United States Trustee and to the debtors at 13108 Hobart Ct., Cedar Lake, IN 46303.

/s/   Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015